```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARLOS ARMENDARIZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-425 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND TO EXCLUDE TIME** |
| v. | ) | **PURSUANT TO THE SPEEDY TRIAL ACT** |
| | ) | |
| | ) | Date: May 22, 2012 |
| CARLOS ARMENDARIZ, | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, CARLOS ARMENDARIZ, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Wednesday, February 22, 2012, be continued to Tuesday, May 22, 2012, at 9:15 a.m.

The reason for this continuance is because the parties need additional time to complete the discovery process and for defense counsel to continue examining the possible defenses and finish investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, February 14, 2012, through and including the date of the new status conference hearing, May 22, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

///

///

with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 14, 2012

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*  
JASON HITT  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Defendant  
CARLOS ARMENDARIZ

# **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 14, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Wednesday, February 22, 2012, be vacated and that the case be set for **Tuesday, May 22, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 14, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, through and including May 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 16, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT