DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ARMENDARIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CARLOS ARMENDARIZ,<br><br>　　　　Defendant. | CASE NO. CR-S-11-425 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date: October 30, 2012<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

　　It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, CARLOS ARMENDARIZ, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, October 2, 2012 be continued to Tuesday, October 30, 2012, at 9:15 a.m.

　　The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

　　It is further stipulated that the time period from the date of this stipulation, September 27, 2012, through and including the date of the new status conference hearing, October 30, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

///

///

continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 27, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLOS ARMENDARIZ |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 27, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 2, 2012 be vacated and that the case be set for **Tuesday, October 30, 2012 at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 27, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, through and including October 30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2