DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ARMENDARIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-0425 LKK |
| Plaintiff, | |
| | **ORDER AFTER HEARING** |
| v. | |
| CARLOS ARMENDARIZ, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came on for Status Conference on Tuesday, October 30, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin, appeared on behalf of Defendant CARLOS ARMENDARIZ, who was present in custody.

A Further Status Conference hearing date of Tuesday, January 8, 2013, at 9:15 a.m., was set.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from October 30, 2012, up to and including January 8, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

/ / /

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, January 8, 2013, at 9:15 a.m.**

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4, the period from October 30, 2012, up to and including January 8, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 1, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT